GEORGE MARK, Respondent, *v.* THE NATIONAL FIRE INSURANCE COMPANY OF NEW YORK, Appellant.

(Argued October 13, 1882 ; decided March 6, 1883.)

REPORTED below (24 Hun, 565).

*Matthew Hale* for appellant.

*R. A. Parmenter* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

DWIGHT M. FURMAN, Respondent, *v.* CHARLES J. JOHNSON, Appellant.

(Argued December 7, 1882 ; decided March 6, 1883.)

*A. N. Sheldon* for appellant.

*D. L. Atkins* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.